UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **RICHARD GUINES, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Cause No. 1:10-cv-299-WTL-DML |
| ) | |
| **MUNCIE COMMUNITY SCHOOL** ) | |
| **CORPORATION, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ENTRY GRANTING MOTION TO DISMISS

Before the Court is a Motion to Dismiss for Failure to Prosecute (Docket No. 39) filed by Defendants Muncie Community School Corporation and Christopher Smith. This motion was taken under advisement in an entry dated March 24, 2011. In that entry, the Plaintiffs were warned that the motion would be granted and this case would be dismissed with prejudice unless the Plaintiffs fulfilled certain conditions by April 8, 2011. To date, the Plaintiffs have failed to make any response to that entry. Accordingly, the motion to dismiss is **GRANTED** and this case is hereby **DISMISSED WITH PREJUDICE** for failure to prosecute.

SO ORDERED: 04/15/2011

_____

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification